# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| BRIDGETTE STACY | Case Number: 8:98-cr-87-T-23EAJ |
|  | USM Number: 22660-018 |
|  | Defendant's Attorney: Howard C. Anderson, afpd |

**THE DEFENDANT:**

__X__   admits committing the violations charged in numbered paragraphs _1_ through _3_ of the March 1, 2005, petition (Doc. 63).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | Sale of cocaine | 02/07/05 |
| 2 | Possession of drug paraphernalia | 02/07/05 |
| 3 | Associating with person engaged in criminal activity | 02/07/05 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 15, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 16th, 2007
Date

DEFENDANT: BRIDGETTE STACY
CASE NUMBER: 8:98-cr-87-T-23EAJ

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS and ONE (1) DAY.**

___X___   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL